LOBAUGH *v.* OVERLADE, ETC.

[No. 0-452. Filed December 11, 1956.]

*Ralph W. Lobaugh, pro se.*

PER CURIAM.—This is a petition for a writ of *habeas corpus*, filed as an original action. This court does not have original jurisdiction of *habeas corpus. Jones* v. *Dowd, Warden* (1941), 219 Ind. 114, 37 N. E. 2d 68; *State ex rel. Jones* v. *Smith,* v. *Hornaday* (1942), 220 Ind. 645, 45 N. E. 2d 203, 46 N. E. 2d 199; *State ex rel. Taylor* v. *Dowd, Warden* (1944), 222 Ind. 289, 53 N. E. 2d 543.

Petition dismissed.

NOTE.—Reported in 138 N. E. 2d 381.